**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, 15 U.S.C section 1635(b), 12 C.F.R. section 226.23(d)(4), and GOOD CAUSE appearing therefore, it is hereby ordered that:

1.   EMC will open an escrow account with a title company in or near the city of Salinas, California, at EMC's sole expense.

2.   EMC will deposit into the escrow account executed Reconveyances for Rios's Deeds of Trust for loan numbers 16597940 and 16597957, on or before April 25, 2007.  The title company will instructed to (1) record said Reconveyances upon receipt in full of the funds to be deposited by Rios pursuant to step 4 below; or (2) return said Reconveyances to EMC if the funds are not deposited in full, on or before June 25, 2007.

3.   EMC will provide Rios with a monthly update of (a) the amount it needs to return to him pursuant to 15 U.S.C section 1635(b) and 12 C.F.R. section 226.23(d)(2); and (b) the amount he needs to return to EMC pursuant to 15 U.S.C section 1635(b) and 12 C.F.R. section 226.23(d)(3).

4.   Rios would deposit into the escrow account, on or before June 25, 2007, the funds he owes to EMC, *less* the amount EMC owes him, based on the monthly updates provided in step 3.

5.   The funds deposited by Rios pursuant to step 4 above will be remitted to EMC by the title company.

6.   Upon receipt in full of the amounts due from Rios, EMC will dismiss this action.

7.   In the event Rios fails to deposit the full amount due on or before June 25, 2007, EMC will not be required to dismiss this action, and litigation may resume.

IT IS SO ORDERED.

DATED:  __April 27, 2007__

_____
ELIZABETH D. LAPORTE
Judge of The United States District Court